FILED
CLERK, U.S. DISTRICT COURT
9/15/23
CENTRAL DISTRICT OF CALIFORNIA
BY: SE DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Toutov,<br><br>            Plaintiff,<br><br>    v.<br><br>Curative Labs Inc. et al.<br><br>            Defendant. | Case No. CV 20-11284-ODW (ASx)<br><br>JURY VERDICT |

# SPECIAL VERDICT FORM

We, the jury in the above-entitled action, find the following special verdict on the questions submitted to us:

## BREACH OF FIDUCIARY DUTY

**QUESTION NO. 1:**

Was Anton Toutov a shareholder of KorvaLabs, Inc.?

Answer: __✓__ Yes  _____ No

If your answer to Question No. 1 is "No," then stop here, answer no further questions, and have the presiding juror sign and date this form. If your answer to Question No. 1 is "Yes," then proceed to Question No. 2.

**QUESTION NO. 2:**

Did Paul Scott or Jonathan Martin breach any fiduciary duties that they owed to Anton Toutov?

Answer: __✓__ Yes  _____ No

If your answer to Question No. 2 is "No," then stop here, answer no further questions, and have the presiding juror sign and date this form. If your answer to Question No. 2 is "Yes," then proceed to Question No. 3.

**QUESTION NO. 3:**

Was Paul Scott or Jonathan Martin's conduct a substantial factor in causing Anton Toutov's harm?

Answer: __✓__ Yes  _____ No

If your answer to Question No. 3 is "No," then stop here, answer no further questions, and have the presiding juror sign and date this form. If your answer to Question No. 3 is "Yes," then proceed to Question No. 4.

**QUESTION NO. 4:**

What amount of damages, if any, were caused by Paul Scott and Jonathan Martin's breach of fiduciary duty?

$ 6,860,241

If your answer to Question No. 4 is "$0," then stop here, answer no further questions, and have the presiding juror sign and date this form. If your answer to Question No. 4 is more than "$0", then proceed to Question No. 5.

**QUESTION NO. 5:**

Did Defendants Paul Scott or Jonathan Martin engage in the conduct with malice, oppression, or fraud?

Answer: ✓ Yes _____ No

Dated: 9/15/2023                              Redacted
                                                         FOREPERSON